UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 24-mj-1220 |
| | ) | |
| HAKEEM THOMAS | ) | Judge Holmes |

MOTION FOR DETENTION

Pursuant to Rule 32.1(a)(5) and (6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending supervised release revocation proceedings in this matter on the basis that he poses a danger to the community and that he may flee. On December 1, 2023, the Defendant absconded supervision in the Southern District of Texas, where he was on supervised release, and traveled to this District, where he committed a number of additional criminal offenses, including burglary of a vehicle, possession of burglary tools, and using a stolen license plate. Additionally, before absconding, the Defendant repeatedly unlawfully possessed controlled substances. As such, the Defendant is both a flight risk and poses a danger to the community.

Because this offense involves a failure to appear in the Southern District of Texas, the supervisee is not entitled to a preliminary hearing or a detention hearing in this District. A "failure to appear" occurs in the district where the supervisee does not appear (here, Southern District of Texas), not the district where the supervisee is located (Middle District of Tennessee). Therefore, Rule 32.1(a)(5)(B) applies. That subsection requires the Court to transfer the person to the district that has jurisdiction over the offense if the Government produces the judgment, warrant, and warrant application, and identity is confirmed. Upon the order of transfer under Rule 32.1(a)(5),

this Court loses jurisdiction over the case and therefore cannot hold a detention hearing. This is

not altered by the fact that 32.1(a)(6), which governs detention hearings, is a separate subsection.

WHEREFORE the Government respectfully moves for an order of detention and for the

Defendant to be transferred to the Southern District of Texas for further proceedings.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

By: ___/s/ Kathryn W. Booth_____
KATHRYN W. BOOTH
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee  37203
Phone:  615-736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served by hand to counsel for defendant and electronically via CM/ECF on the 26th day of September, 2024.

/s/ Kathryn W. Booth
KATHRYN W. BOOTH